## Complaint Synopsis

| | |
|---|---|
| **Name:** | Jonathan Torres |
| **Address:** (City & State Only) | Lawrence, MA |
| **Year of Birth and Age:** | 2007/18 years old |
| **Violations:** | Count One: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846.<br><br>Count Two: Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1). |
| **Penalties:** | Counts One and Two: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>Counts One and Two are Class C felonies pursuant to 18 U.S.C. § 3559(3). |
| **Supervised Release:** | Counts One and Two: Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One and Two: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts One and Two: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI Special Agent Kurt Ormberg |
| **Detention Status:** | Detained on State charges - Arrest warrant requested |
| **Foreign National:** | No |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Oxford |
| **AUSA:** | Shira Furman |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |